# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Adonis Carretero-Cenovio, | No. CV-25-04631-PHX-DJH (MTM) |
| Petitioner, | **ORDER** |
| v. | |
| Kristi Noem, et al., | |
| Respondents. | |

Petitioner filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. (Doc. 1.) This case presents the recurring issue of whether a particular person is subject to mandatory detention under 8 U.S.C. § 1225(b)(2). A district court in the Central District of California recently certified a class that may include Petitioner. *Bautista v. Santacruz*, No. 5:25-CV-01873-SSS-BFM, 2025 WL 3288403, at *1 (C.D. Cal. Nov. 25, 2025). The court issued an earlier decision—consistent with other district courts, including this Court—concluding that individuals in Petitioner's position (those who entered the United States decades ago) are not subject to mandatory detention. *Bautista v. Santacruz*, No. 5:25-CV-01873-SSS-BFM, 2025 WL 3289861, at *11 (C.D. Cal. Nov. 20, 2025); *Capote v. Secretary of U.S. Dep't of Homeland Sec.*, 2025 WL 3089756, *5 nn.3-4 (E.D. Mich. 2025) (noting that "[o]nly two of at least 36 district courts to have addressed this issue have held that § 1225(b)(2) applies to those in the same circumstances as Petitioner" and canvassing the relevant cases).

Respondents must show cause why the Petition should not be granted. In doing so,

Respondents must state whether Petitioner is a class member under *Bautista*, 2025 WL 3288403, at *1. If Petitioner is a class member, Respondents must explain whether they are obligated to provide him a bond hearing based on the *Bautista* orders or if an additional order from this Court is required to entitle Petitioner to a bond hearing.

**IT IS THEREFORE ORDERED:**

(1) Counsel for Petitioner must **immediately** serve the Petition upon Respondents.

(2) If not already issued, the Clerk's Office must issue any properly completed summonses.

(3) The Clerk of Court must immediately transmit by email a copy of this Order and the Petition to the United States Attorney for the District of Arizona, to the attention of Katherine Branch at katherine.branch@usdoj.gov, Melissa Kroeger at melissa.kroeger@usdoj.gov, Lon Leavitt at lon.leavitt@usdoj.gov, and Theo Nickerson at Theo.Nickerson2@usdoj.gov.

(4) Respondents must show cause as detailed herein no later than **December 17, 2025**. Petitioner may file a reply no later than **December 18, 2025**.[1]

Dated this 15th day of December, 2025.

Honorable Diane J. Humetewa
United States District Judge

---

[1] The Court previously gave Respondents approximately one week to respond to the OSCs issued in these cases. But in responding, Respondents' have routinely filed boilerplate responses that in no way analyzes the facts and governing law. So, the Court finds it no longer necessary to delay resolution of these matters if only to await a response that has been considered and routinely rejected.